UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA SHARP                                                                                           PLAINTIFF

v.                                         No. 2:17-CV-02235

STATE FARM FIRE AND CASUALTY COMPANY                                        DEFENDANT

## ORDER

Before the Court is a joint motion to dismiss this case with prejudice. (Doc. 13). The motion represents that the matter has settled. Dismissal on these terms is proper.

IT IS THEREFORE ORDERED that the motion (Doc. 13) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of May, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE